IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS PEORIA DIVISION

| | |
|---|---|
| MATTHEW McGINLEY,<br><br>　　　　Plaintiff,<br><br>LIVINGSTON COUNTY, ILLINOIS, a municipal corporation, SHERIFF ALVIN G. LINDSEY, in his official capacity as Sheriff of Livingston County, Illinois; OFFICER SHAWNEE L. BRAUMAN, BRANDI VANCE, OFFICER JASON L. LAWRENCE, OFFICER MICHAEL L. ATKINSON, SERGEANT SCOTT T. HARMON, JAMES PULLIAM, R.N., KAREN BUTLER, M.D., and ADVANCED CORRECTIONAL HEALTHCARE, INC.,<br><br>　　　　Defendants. | Case No. 13-cv-1586 |

**AMENDED NOTICE OF TAKING DEPOSITION**

YOU ARE HEREBY NOTIFIED that, pursuant to the terms and provisions of Rule 30 and other applicable rules of the Federal Rules of Civil Procedure, the undersigned will proceed to take the deposition of:

| NAME | DATE | TIME |
|---|---|---|
| Officer Michael Atkinson | May 20, 2015 | 9:00 a.m. |
| Sergeant Scott Harmon | May 20, 2015 | 11:00 a.m. |
| Officer Brandi Vance | May 20, 2015 | 1:00 p.m. |
| Officer Shawnee Brauman | May 20, 2015 | 3:00 p.m. |
| Officer Jason Lawrence | May 21, 2015 | 9:00 a.m. |
| Asst. Jail Superintendent Stu Inman | May 21, 2015 | 11:00 a.m. |
| Jail Superintendent Bill Cox | May 21, 2015 | 1:00 p.m. |

**at the Pontiac Safety Complex, 844 W. Lincoln Street in Pontiac, Illinois.** The deposition will take place before McCorkle Litigation Services. You are invited to be present and examine said witness in accordance with the Federal Rules of Civil Procedure.

I hereby certify that on **March 20, 2015**, I electronically filed this **Notice of Taking Deposition** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Defendants**

Michael D. Bersani
Zrinka R. Davis
Hervas, Condon & Bersani, P.C.
333 Pierce Road, Suite 195
Itasca, IL  60143
Telephone: (630) 773-4774
Facsimile: (630) 773-4851
mbersani@hcbattorneys.com
zdavis@hcbattorneys.com


Peter R. Jennetten
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
227 N.E. Jefferson Ave. Peoria, IL 61602-1211
Telephone:  (309) 674-1133
Facsimile:  (309) 674-6503
Email: pjennetten@quinnjohnston.com


And I hereby certify that on **March 20, 2015**, I emailed a copy of this document to the following non-registered participant:

McCorkle Litigation Services (ejohnson@mcdeps.com).


        MICHAEL E. HOLDEN
        ROMANUCCI & BLANDIN, Attorney for the Plaintiff


    By:        /s/ Michael E. Holden

        Michael E. Holden
        ROMANUCCI & BLANDIN

Michael E. Holden
Erin Calandriello C.
Romanucci & Blandin LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
(312) 458-1000
mholden@rblaw.net
ecalandriello@rblaw.net