IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

MATTHEW McGINLEY,

      Plaintiff,

vs.

LIVINGSTON COUNTY, ILLINOIS, *et al.*,

      Defendants.

Case No. 13-cv-1586

## NOTICE OF COPYING RECORDS

YOU ARE HEREBY NOTIFIED that the following will produce records in the above-entitled cause on or before the date and time indicated:

|  | Date | Time |
|---|---|---|
| **OSF Rehabilitation at the Terrace**<br>2200 Fort Jesse Rd., Ste. 240<br>Normal, IL  61761 | 9/17/2015 | 9:00 a.m. |

at the offices of QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO, 227 N.E. Jefferson Ave., Peoria, Illinois, 61602, pursuant to appropriate Federal Rules of Civil Procedure. This is a case involving personal injuries, and the acquisition of the Plaintiff's medical records is necessary. In accordance with HIPPA (45 CFR 164.512), a Qualified Protective Order has been issued.

Copies of these records for your files will be prepared at the rate of $.25 per page upon request. Please notify us of this request prior to the above date and time. A copy of each Subpoena issued is attached.

I hereby certify that on **August 27, 2015**, I electronically filed this **NOTICE OF COPYING RECORDS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Stephan D. Blandin<br>sblandin@rblaw.net<br>Michael Holden<br>mholden@rblaw.net<br>Romanucci & Blandin, LLC<br>321 N. Clark St.<br>Suite 900<br>Chicago, IL  60654 | **Attorneys for Plaintiff** |
| Michael D. Bersani<br>mbersani@hcbattorneys.com<br>Hervas, Condon & Bersani, P.C.<br>333 Pierce Road<br>Suite 195<br>Itasca, IL  60143 | **Attorneys for Livingston County Defendants** |

JAMES PULLIAM, LPN, KAREN BUTLER, MD
Defendants


By: _____*s/Peter R. Jennetten*_____
       Peter R. Jennetten
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO

Peter R. Jennetten (Illinois Bar No. 6237377)
pjennetten@quinnjohnston.com
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
227 N.E. Jefferson Ave.
Peoria, IL  61602-1211
Telephone:  (309) 674-1133 (phone)
Facsimile:  (309) 674-6503 (fax)
I:\1\Civil\McGinley v. ACH 101 351 191\HIPAA and Subpoenas\mcginley ncr 082715.docx