IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MATTHEW McGINLEY,<br><br>        Plaintiff,<br><br>  vs.<br><br>LIVINGSTON COUNTY, ILLINOIS, a municipal corporation, SHERIFF ALVIN G. LINDSEY, in his official capacity as Sheriff of Livingston County, Illinois; OFFICER SHAWNEE L. BRAUMAN, OFFICER BRANDI VANCE, OFFICER JASON L. LAWRENCE, OFFICER MICHAEL L. ATKINSON, SERGEANT SCOTT T. HARMON, SHERIFF MARTIN MEREDITH, JAIL SUPERINTENDENT BILL COX, ASSISTANT JAIL SUPERINTENDENT STUART INMAN, JAMES PULLIAM, R.N., and KAREN BUTLER, M.D.,<br><br>        Defendants. | Case No. 13-cv-1586 |

## NOTICE OF TAKING DEPOSITION

YOU ARE HEREBY NOTIFIED that, pursuant to the terms and provisions of Rule 30 and other applicable rules of the Federal Rules of Civil Procedure, the undersigned will proceed to take the deposition of **PATRICK J. DOWLING, M.D. at OSF Saint James – John W. Albrecht Medical Center, 2500 W. Reynolds St., Emergency Department Conference Room, Pontiac, Illinois, on Tuesday, January 12, 2016, at 1:00 p.m.** The deposition will take place before Sivertsen Reporting Service, P.C. You are invited to be present and examine said witness in accordance with the Federal Rules of Civil Procedure.

I hereby certify that on **December 11, 2015,** I electronically filed this **Notice of Taking Deposition** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Stephan D. Blandin                                      **Attorneys for Plaintiff**
sblandin@rblaw.net
Michael E. Holden
mholden@rblaw.net
Romanucci & Blandin, LLC
321 N. Clark St.
Suite 900
Chicago, IL  60654

| | |
|---|---|
| Michael D. Bersani<br>mbersani@hcbattorneys.com<br>Hervas, Condon & Bersani, P.C.<br>333 W. Pierce Rd.<br>Suite 195<br>Itasca, IL  60143 | **Attorneys for Livingston County Defendants** |

And I hereby certify that on **December 11, 2015**, I emailed a copy of this document to the following non-registered CM/ECF system participants:

    Patrick J. Dowling, M.D. (patrickjdowling3@gmail.com)
    Sivertsen Reporting Service, P.C. (lea@sivertsenreporting.com)

                                      JAMES PULLIAM, LPN and KAREN BUTLER, MD, Defendants

                                      By:     *s/Peter R. Jennetten*
                                                 Peter R. Jennetten
                                  QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO

Peter R. Jennetten (Illinois Bar No. 6237377)
pjennetten@quinnjohnston.com
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
227 N.E. Jefferson Ave.
Peoria, IL  61602-1211
(309) 674-1133 (phone)
(309) 674-6503 (fax)
I:\1\Civil\McGinley v. ACH 101 351 191\mcginley nod dowling.docx