IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MATTHEW McGINLEY,<br><br>      Plaintiff,<br><br>vs.<br><br>LIVINGSTON COUNTY, ILLINOIS, a municipal corporation, SHERIFF ALVIN G. LINDSEY, in his official capacity as Sheriff of Livingston County, Illinois; OFFICER SHAWNEE L. BRAUMAN, OFFICER BRANDI VANCE, OFFICER JASON L. LAWRENCE, OFFICER MICHAEL L. ATKINSON, SERGEANT SCOTT T. HARMON, SHERIFF MARTIN MEREDITH, JAIL SUPERINTENDENT BILL COX, ASSISTANT JAIL SUPERINTENDENT STUART INMAN, JAMES PULLIAM, R.N., and KAREN BUTLER, M.D.,<br><br>      Defendants. | Case No. 13-cv-1586 |

## STIPULATION FOR DISMISSAL

NOW COME THE PARTIES HERETO, by their respective attorneys, and hereby represent to this Court that the above cause of action has been settled, and hereby stipulate and agree that the above cause may be dismissed, with prejudice to the Plaintiff, costs paid, and cause of action satisfied.

                      MATTHEW McGINLEY Plaintiff

                      By: _____
                            Michael E. Holden
                            Romanucci & Blandin, LLC
                            321 N. Clark St., Suite 900
                            Chicago, IL  60654

JAMES PULLIAM, LPN and
KAREN BUTLER, MD, Defendants

By: _____
Peter R. Jennetten
Quinn, Johnston, Henderson, Pretorius & Cerulo
227 N.E. Jefferson Street
Peoria, IL 61602


LIVINGSTON COUNTY, ILLINOIS, SHERIFF
ALVIN G. LINDSEY, OFFICER SHAWNEE L.
BRAUMAN, OFFICER BRANDI VANCE, OFFICER
JASON L. LAWRENCE, OFFICER MICHAEL L.
ATKINSON, and SERGEANT SCOTT T. HARMON,
Defendants

By: _____
Michael D. Bersani
Anthony G. Becknek
Hervas, Condon & Bersani, P.C.
333 W. Pierce Rd.
Suite 195
Itasca, IL 60143

4814-9526-3794, v. 2